**FILED**
October 5, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Adrian Jamal Clipps McCoy, )<br>)<br>Defendant. ) | Case No. 2:07-cr-443 EJG<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Adrian Jamal Clipps McCoy Case 2:07-cr-443 EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      \_\_   Release on Personal Recognizance

      \_\_   Bail Posted in the Sum of _____

      \_\_   Unsecured bond in the amount of

      \_\_   Appearance Bond with 10% Deposit

      \_\_   Appearance Bond secured by Real Property

      \_\_   Corporate Surety Bail Bond

      _X_   (Other)   PTS   conditions/supervision;   third party custody of defendant's mother.

Issued at  Sacramento, CA  on  10/5/07  at  2:20 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge