UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

   -vs-

Adrian Jamal Clipps McCoy          **Docket No. 2:07-CR-0443-EJG**

**COMES NOW** Rebecca A. Fidelman, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Adrian McCoy, who was released on his own recognizance by the Honorable Kimberly J. Mueller, sitting in the Court at Sacramento, California, on the 5th day of October, 2007, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court.

**OFFENSE:** On February 15, 2008, the defendant pled guilty to count two of the Indictment, Interstate Communication of Threats to Injure Another (18:875).

**BOND CONDITIONS:** On October 5, 2007, the defendant was released on his own recognizance, with Pretrial Services supervision and special conditions of release. Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has violated his conditions of release in that he has failed to participate in mental health counseling as directed by Pretrial Services by missing three scheduled counseling sessions on November 28, 2007, February 6, 2008, and February 16, 2008, without prior approval from Pretrial Services.

**PRAYING THAT THE COURT WILL ORDER** a pretrial violation hearing on a designated date approved by Your Honor.

**LAST KNOWN ADDRESS:** On file with Pretrial Services

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                   Respectfully submitted,

                                   /s/ Rebecca A. Fidelman
                                   Rebecca A. Fidelman
                                   Pretrial Services Officer
                                   DATE:  February 22, 2008

**ORDER**

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $___.

_____ The Court hereby orders this ex parte motion and order be sealed.

_____ The Court orders a summons be issued with an appearance date of _____.

__X__ The Court hereby orders this matter placed on this court's calendar on **February 26, 2008 at 2 p.m.** and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____ The Court orders no action be taken.

                                   Considered and ordered this 22nd day of
                                   February, 2008, and ordered filed and
                                   made a part of the records in the above case.

                                   _____
                                   U.S. MAGISTRATE JUDGE

**BOND CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are released the third-party custody of your mother, Lynette McCoy, unless pretrial services feels this conditions is no longer needed;

4. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

7. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer;

9. You shall not associate or have any contact with the alleged victim's in this case;;

10. You shall take your medications as prescribed by your treating physician;

11. You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer;

12. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer;