UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
April 30, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>          Plaintiff,                           )<br>v.                                                         )<br>                                                             )<br>ADRIAN JAMAL CLIPPS MCCOY ,  )<br>                                                             )<br>          Defendant.                        ) | Case No. CR. S-07-0443 EJG<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release ADRIAN JAMAL CLIPPS MCCOY, Case No. CR. S-07-0443 EJG, Charge   Title 18 USC 3148(b), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ☒    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

            __    Unsecured Appearance Bond

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

    X    (Other)   Pretrial Services Supervision of modified conditions. Defendant to be released by U.S. Marshal to Pretrial Services on May 1, 2008 @ 8:30 a.m.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 30, 2008  at  4:00  pm .

By  _____Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge