UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

## INTEROFFICE MEMORANDUM

**TO:** Colleen Lydon, Courtroom Clerk
of the Honorable Edward J. Garcia

**FROM:** Philip Mizutani
United States Probation Officer

**DATE:** July 22, 2008

**SUBJECT:** Adrian Jamal Clipps McCoy
Docket Number: 2:07CR00443-01
**JUDGMENT AND SENTENCING CONTINUANCE**

FILED
JUL 25 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

The above matter is scheduled for judgment and sentencing on July 25, 2008. Based on the need for further mental health evaluations and the anticipation of placement recommendations for residential programing, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | September 19, 2008 at 10:00 a.m. |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | September 12, 2008 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 5, 2008 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 29, 2008 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | August 15, 2008 |

Reviewed by: _____
Linda L. Alger
Supervising United States Probation Officer

cc: Michelle Rodriguez, Assistant United States Attorney
Linda Harter, Chief Assistant Federal Defender

IT IS SO ORDERED

7/24/08

CONTINUANCE ~ TO CT CLERK (SCHED).MRG   Rev. 5/2006