Orig + cy.
to USM
ct 8/29/08

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )        Case No. CR S07-443
         Plaintiff,              )
                                 )        ORDER FOR RELEASE OF
v.                               )        PERSON IN CUSTODY
                                 )
ADRIAN JAMAL CLIPPS McCOY,       )
                                 )
         Defendant.              )

**FILED**

**AUG 2 9 2008**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Adrian Jamal Clipps McCoy_ from custody subject to the conditions stated on record at the hearing of August 29, 2008, and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $_____

      ___   Unsecured Appearance Bond

      ___   Appearance Bond with 10% Deposit

      ___   Appearance Bond with Surety

      ___   Corporate Surety Bail Bond

_XX_  Defendant sentenced to time served.

Issued at _Sacramento, CA_ on August 28, 2008, at _11:00_ a.m..

By: _____
    EDWARD J. GARCIA, United States District Judge
    8/29/08